IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JERRY BRACK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Docket No: 01-2997 D/V |
| | ) |
| SHONEY'S, INC. d/b/a, | ) |
| CAPTAIN D'S #3126 | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter came to be heard upon the joint motion of the parties pursuant to Fed. R. Cir. P. 60(b), as contemplated in *First National Bank of Salem, Ohio v. Hirsch*, 535 F.2d 343 (6th Cir. 1976), asking this Court to enter the parties proposed Stipulation and Order Vacating Judgment, Vacating Order Awarding Attorneys' Fees, and Dismissing Plaintiff's First Amended Complaint With Prejudice.

Considering the parties desire to settle and the entire record, the Court is of the opinion, and so finds, that should the case be remanded to it by the Court of Appeals for the Sixth Circuit, this Court is inclined to grant the relief requested.

**IT IS, THEREFORE, ORDERED BY THE COURT** that if this case is remanded to the District Court by the Court of Appeals, this court is disposed to grant the parties' Fed. R. Civ. P. 60(b) motion.

ENTERED this 12th day of October, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 244 in case 2:01-CV-02997 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Florence M. Johnson
LAW OFFICE OF FLORENCE JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Christopher L. Taylor
HILL BOREN
191 Jefferson Ave.
Memphis, TN 38103

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

O. John Norris
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT