IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⟨⟩ ___ D.C.

05 OCT 14 PM 4: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JERRY BRACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No: 01-2997 D/V |
| ) | |
| SHONEY'S, INC. d/b/a, ) | |
| CAPTAIN D'S #3126 ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER VACATING JUDGMENT, VACATING ORDER AWARDING ATTORNEYS' FEES, AND DISMISSING PLAINTIFF'S FIRST AMENDED COMPLAINT WITH PREJUDICE

The parties hereto having resolved this matter and agreed that the Court should enter an order and judgment vacating the Court's November 25, 2003 Judgment, vacating the Court's July 29, 2004 Order Granting in Part and Denying in Part Plaintiff's Motion for Award of Attorneys' Fees, and dismissing this action with prejudice, it is HEREBY ORDERED, ADJUDGED AND DECREED that the Court's November 25, 2003 Judgment is vacated, the Court's July 29, 2004 Order Granting in Part and Denying in Part Plaintiff's Motion for Award of Attorneys' Fees is vacated, and this matter is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

SO ORDERED this 14th day of September, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 10-17-05



STIPULATED TO:

_Florence M. Johnson_ w/ permission by OJN
Florence M. Johnson, Esq.
100 North Main Building
Suite 3001
Memphis, Tennessee 38103
Telephone: 522-8900
Fax: 522-8219

_Christopher Taylor_ w/ permission by OJN
Christopher Taylor, Esq.
HILL BOREN, P.C.
191 Jefferson Avenue
Memphis, TN 38103
Phone: 522-1300

**ATTORNEYS FOR PLAINTIFF**

_O. John Norris, III_
James R. Mulroy II (TN #000098)
O. John Norris, III (TN #017504)
LEWIS FISHER HENDERSON
   CLAXTON & MULROY, LLP
6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119
Telephone: (901) 767-6160
Facsimile: (901) 767-7411

**ATTORNEYS FOR DEFENDANT**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 245 in case 2:01-CV-02997 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Florence M. Johnson
LAW OFFICE OF FLORENCE JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Christopher L. Taylor
HILL BOREN
191 Jefferson Ave.
Memphis, TN 38103

O. John Norris
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT