UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY _____ D.C.

05 OCT 25 PM 3:16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

**JERRY BRACK**

v.

**SHONEY'S INC. d/b/a,
CAPTAIN D'S #3126**

**JUDGMENT IN A CIVIL CASE**

CASE NO: 01-2997-D

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation And Order Vacating Judgment, Vacating Order Awarding Attorneys' Fees, And Dismissing Plaintiff's First Amended Complaint With Prejudice entered on October 17, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_[signature]_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

_October 25, 2005_
Date

THOMAS M. GOULD

_____
Clerk of Court

_____
(By)    Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _10/26/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 246 in case 2:01-CV-02997 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

Florence M. Johnson
LAW OFFICE OF FLORENCE JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

O. John Norris
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Christopher L. Taylor
HILL BOREN
191 Jefferson Ave.
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT